AUSA  John OBrien
Special Agent  Jesse Artiles

AO 91 (Rev. 02/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Israel FLORES

Case: 2:16-mj-30110
Judge: Unassigned,
Filed: 03-09-2016 At 04:43 PM
CMP USA V. ISRAEL FLORES (LH)

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of ___March 7, 2016___ in the county of ___Wayne___ in the ___Eastern___ District of ___Michigan___, the defendant violated ___8___ U. S. C. § ___1326___, an offense described as follows:

Being a citizen of Mexico, enter, attempt to enter, or was found in the United States to wit: in transit in Wayne, MI after being deported or removed in 2010, without the express consent of the Attorney General or the Secretary of Homeland Security as to his reapplying for admission to the United States.

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jesse Artiles  S/A
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-9-16

_____
*Judicial Officer signature*

**ELIZABETH A. STAFFORD**
UNITED STATES MAGISTRATE JUDGE

City and state: Detroit, MI

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

I, Jesse Artiles depose and state as follows:

1. I am a Special Agent employed with Homeland Security Investigations (HSI) of the United States Department of Homeland Security. I am assigned to the Border Enforcement Security Task Force Group 1, Public Safety, located at 477 Michigan Avenue, Suite 1850 Detroit, MI 48226. I have served with Homeland Security Investigations since September 2009. My current responsibilities and duties include the investigation and enforcement of laws and regulations to include narcotics, firearms, fraud, and violations of the Immigration and Nationality Act.

2. The information set forth in this affidavit is based upon my knowledge and investigation. This affidavit does not contain every fact that I have learned during the course of the investigation, but instead has included only those facts which I believe establish the requisite probable cause.

3. On December 19, 2006, Israel FLORES was found guilty of Weapons Felony Firearm and Assault with Intent to do Great Bodily Harm Less Than Murder. On January 18, 2007, Israel FLORES was sentenced to two (2) years for Weapons Felony Firearm and sentenced to 1 year to 10 years for Assault with Intent to do Great Bodily Harm.

4. On January 11, 2007, Israel FLORES pled guilty to Weapons Felony Firearm in the 3rd Circuit Court in Wayne County. On January 18, 2007, Israel FLORES was sentenced to two years for Weapons Felony Firearms.

5. On July 16, 2010, Israel FLORES was ordered deported from the United States to Mexico by Immigration Judge Marsha K. Nettles. On July 20, 2010, Israel FLORES was removed from the United States at Hidalgo, Texas; the removal was witnessed by an Immigration and Customs Enforcement Agent.

6. On March 07, 2016, Israel FLORES was administratively arrested by Homeland Security Investigations for Illegal Re-Entry after Deportation.

7. On March 09, 016, your Affiant spoke with Michigan Department Of Corrections Parole Agent T. Lail-Monday who advised that FLORES is an identified Sureño (SUR13) Gang Member. Parole Agent Lail-Monday stated that FLORES was identified as a gang member while incarcerated within the Michigan Department of Corrections. Parole Agent Lail-Monday's case load only consists of gang members in Wayne County.

8. To date, Israel FLORES has a total of three (3) felony convictions in State Court.

9. On March 09, 2016, Homeland Security Investigations reviewed the file of Israel FLORES. There is no evidence in the alien registration file to indicate that he has received permission from the Attorney General or the Secretary of Homeland Security to reenter the U.S.

10. Based upon the foregoing, probable cause exists to believe that Israel FLORES did enter and was found in the United States after removal, not having obtained the permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, in violation of section 1326(a) of Title 8, United States Code.

_____
Jesse Artiles, Special Agent
United States Department of Homeland Security
Homeland Security Investigations (HSI)

Sworn to before me and subscribed in my presence this 9th day of March, 2016.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge
United States District Court
Eastern District of Michigan

MAR 0 9 2016
_____
Date